*[Handwritten margin note: 8/13/13 The Report and recommendation is adopted and the motion deemed unopposed. Paul's Saris]*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STELLA GHAZARIAN,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING WELLS FARGO,<br><br>Defendant. | Civil Action No. 11-11277-PBS |

REPORT AND RECOMMENDATION ON DEFENDANT'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT
[Docket No. 20]

July 18, 2013

Boal, M.J.

This action arises out of plaintiff Stella Ghazarian's ("Ghazarian" or "Plaintiff") execution of a $409,500 promissory note on May 2, 2005 relating to property located in Lowell, Massachusetts (the "Property") and Ghazarian's grant of a mortgage to Option One Mortgage Corporation to secure the debt. Defendant Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc. ("Homeward")[1] has moved to dismiss the Complaint.[2] For the following reasons, this Court recommends that the District Judge assigned to this case grant

---

[1] Until recently, Homeward was the servicer for Ghazarian's loan. Ghazarian named "American Home Mortgage Servicing Wells Fargo" as a defendant. Homeward asserts that it is incorrectly named in the Complaint and its correct name is Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc. Docket No. 21 at 1 n. 1.

[2] The District Court referred this case to the undersigned for full pretrial proceedings, including dispositive motions, on January 9, 2013. Docket No. 17.

-1-